AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 22 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MARIO TORRES HERNANDEZ | Case No: 4:10CR00019-001<br>USM No: 15831-084 |
| Date of Previous Judgment: 11/22/2011<br>(Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __100__ months **is reduced to** __83 months*__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 110 to 137 months | Amended Guideline Range: | 92 to 115 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

*Defendant is sentenced to 83 months, but not less than time served. Defendant's Motion to Appoint Counsel [ECF No. 89] is DENIED.

Except as provided above, all provisions of the judgment dated __11/22/2011__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/22/2015

Judge's signature

Effective Date: __11/01/2015__
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title